Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 13−19699−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Martin A Fonseca
aka Carmencit M Fonseca
6 Birchwood Court
Middlesex, NJ 08846

Carmencita M Fonseca
6 Birchwood Court
Middlesex, NJ 08846

Social Security No.:
   xxx−xx−6483                                              xxx−xx−7447

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on August 7, 2013.

On October 12, 2017 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Kathryn C. Ferguson on:

Date:              November 29, 2017
Time:              10:00 AM
Location:          Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: October 13, 2017
JAN: wdr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 13-19699-KCF
Martin A Fonseca                                                    Chapter 13
Carmencita M Fonseca
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2          Date Rcvd: Oct 13, 2017
                              Form ID: 185             Total Noticed: 52

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 15, 2017.
```
db/jdb         +Martin A Fonseca,    Carmencita M Fonseca,    6 Birchwood Court,    Middlesex, NJ 08846-2073
514118401       AMERICAN EXPRESS BANK, FSB,    C/O BECKET AND LEE LLP,    POB 3001,    MALVERN, PA 19355-0701
513907326      +American Express,    American Express Special Research,    Po Box 981540,
                 El Paso, TX 79998-1540
513907329      +Amex Dsnb,    Po Box 8218,    Mason, OH 45040-8218
513907330     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:  Bank Of America,    Attention: Recovery Department,
                 4161 Peidmont Pkwy.,    Greensboro, NC 27410)
513907331      +Bank Of America, N.a.,    450 American St,    Simi Valley, CA 93065-6285
514141796       CAPITAL ONE, N.A.,    C/O BECKET AND LEE LLP,    POB 3001,    MALVERN, PA 19355-0701
514164797      +CAPITAL ONE, N.A.,    PO Box 12907,    Norfolk VA 23541-0907
513977649       Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
513907334      +Capital One, N.a.,    Capital One Bank (USA) N.A.,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
513907335      +Chase Mht Bk,    Attention: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850-5298
513907337      +Creditors Interchange,    PO Box 1335,    Buffalo, NY 14240-1335
514146183     ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
               (address filed with court:  Dell Financial Services, LLC,    Resurgent Capital Services,
                 PO Box 10390,    Greenville, SC 29603-0390)
513907338      +Dell Financial Services,    701 E. Barmer Lane,    Building 2,    Austin, TX 78753-3520
513930202      +Department Stores National Bank/Macys,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
513907339       Dsnb Macys,    911 Duke Blvd,    Mason, OH 45040
513907340      +First Source Advantage, LLC,    PO Box 628,    Buffalo, NY 14240-0628
513907341      +Fst Usa Bk B / Chase,    Po Box 15298,    Wilmington, DE 19850-5298
513907346      +Hsbc Bank,    Attn: Bankruptcy,    Po Box 5213,    Carol Stream, IL 60197-5213
513907348      +Hsbc/seamn,    Hsbc Retail Services/Attn: Bankruptcy,    Po Box 5263,
                 Carol Stream, IL 60197-5263
513907350      +Mandees,    P.O. Box 182686,    Columbus, OH 43218-2686
514747320     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court:  Nationstar Mortgage, LLC,    PO Box 619096,    Dallas, TX 75261-9741)
513935219      +NJCLASS,    PO BOX 548,    TRENTON, NJ 08625-0548
513907352      +Northland Group Inc,    PO Box 390905,    Minneapolis, MN 55439-0905
513907353      +Pnc Bank,    Po Box 5570,    Cleveland, OH 44101-0570
513907354      +Rymr&flnign,    Po Box 130,    Liverpool, NY 13088-0130
513907355      +Sears/cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
513958130      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,    Highlands Ranch, CO 80129-2386
513907357      +State Of Nj Student As,    Po Box 538,    Trenton, NJ 08625-0538
513907363      +Tnb-Visa (TV) / Target,    C/O Financial & Retail Services,    Mailstop BV   P.O.Box 9475,
                 Minneapolis, MN 55440-9475
513907364      +Valley National Bank M,    1460 Valley Rd,    Wayne, NJ 07470-8494
513907365      +Verizon New Jersey Inc,    Po Box 3397,    Bloomington, IL 61702-3397
513907366      +Victoria's Secret,    Attention: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
516965851      +WELLS FARGO BANK, NATIONAL ASSOCIATION,    Nationstar Mortgage LLC,    PO Box 619096,
                 Dallas, TX 75261-9096
516965852      +WELLS FARGO BANK, NATIONAL ASSOCIATION,    Nationstar Mortgage LLC,    PO Box 619096,
                 Dallas, TX 75261-9741,    WELLS FARGO BANK, NATIONAL ASSOCIATION,
                 Nationstar Mortgage LLC 75261-9096
513966166       Wells Fargo Bank NA,    PO Box 10438,    Des Moines IA    50306-0438
513907367      +Wfnnb/mandee,    995 W 122nd Ave,    Westminster, CO 80234-3417
513907368      +World Financial Network National Bank,    Wfnnb,    Po Box 182686,    Columbus, OH 43218-2686

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 13 2017 23:33:35      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 13 2017 23:33:31      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
513907333      +E-mail/Text: cms-bk@cms-collect.com Oct 13 2017 23:33:16      Capital Management,
                 726 Exchange Street,    Suite 700,    Buffalo, NY 14210-1464
513907342      +E-mail/PDF: gecsedi@recoverycorp.com Oct 13 2017 23:29:19      GEMB / Old Navy,
                 Attention: GEMB,    Po Box 103104,    Roswell, GA 30076-9104
513907344      +E-mail/PDF: gecsedi@recoverycorp.com Oct 13 2017 23:29:18      Gemb/JC Penny,
                 Attention: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
513907343      +E-mail/PDF: gecsedi@recoverycorp.com Oct 13 2017 23:29:33      Gemb/home Design,
                 Attn: bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
513907345      +E-mail/PDF: gecsedi@recoverycorp.com Oct 13 2017 23:29:04      Gemb/walmart,    Attn: Bankruptcy,
                 Po Box 103104,    Roswell, GA 30076-9104
513907349      +E-mail/Text: bnckohlsnotices@becket-lee.com Oct 13 2017 23:32:53      Kohls/capone,
                 Po Box 3115,    Milwaukee, WI 53201-3115
514038968       E-mail/PDF: resurgentbknotifications@resurgent.com Oct 13 2017 23:35:16
                 LVNV Funding, LLC its successors and assigns as,    assignee of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Oct 13, 2017
                              Form ID: 185             Total Noticed: 52
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
513907351      +E-mail/Text: bnc-bluestem@quantum3group.com Oct 13 2017 23:34:26      MetaBank/Fingerhut,
                6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
514872292       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 13 2017 23:46:56
                Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
514872293       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 13 2017 23:35:26
                Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541,
                Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
514159087       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 13 2017 23:35:17
                Portfolio Recovery Associates, LLC,    c/o Walmart Credit Card,    POB 41067,   Norfolk VA 23541
513969556      +E-mail/Text: bankruptcygroup@ugcorp.com Oct 13 2017 23:34:09
                United Guaranty Residential Insurance Co of NC,    PO Box 20327,    Greensboro, NC 27420-0327
                                                                                              TOTAL: 14

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
513907327*     +American Express,    American Express Special Research,    Po Box 981540,
                El Paso, TX 79998-1540
513907328*     +American Express,    American Express Special Research,    Po Box 981540,
                El Paso, TX 79998-1540
513907332*     +Bank Of America, N.a.,    450 American St,    Simi Valley, CA 93065-6285
513907336*     +Chase Mht Bk,    Attention: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850-5298
513907347*     +Hsbc Bank,    Attn: Bankruptcy,    Po Box 5213,    Carol Stream, IL 60197-5213
513907356*     +Sears/cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
513907358*     +State Of Nj Student As,    Po Box 538,    Trenton, NJ 08625-0538
513907359*     +State Of Nj Student As,    Po Box 538,    Trenton, NJ 08625-0538
513907360*     +State Of Nj Student As,    Po Box 538,    Trenton, NJ 08625-0538
513907361*     +State Of Nj Student As,    Po Box 538,    Trenton, NJ 08625-0538
513907362*     +State Of Nj Student As,    Po Box 538,    Trenton, NJ 08625-0538
                                                                                  TOTALS: 0, * 11, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 15, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2017 at the address(es) listed below:
```
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR
               Banc of America Alternative Loan Trust 2004-12 Mortgage Pass-Through Certificates, Series
               2004-12 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Russell L. Low    on behalf of Joint Debtor Carmencita M Fonseca rbear611@aol.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              Russell L. Low    on behalf of Debtor Martin A Fonseca rbear611@aol.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
                                                                                             TOTAL: 4
```