Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 13–19699–KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Martin A Fonseca
aka Carmencit M Fonseca
6 Birchwood Court
Middlesex, NJ 08846

Carmencita M Fonseca
6 Birchwood Court
Middlesex, NJ 08846

Social Security No.:
xxx–xx–6483                                     xxx–xx–7447

Employer's Tax I.D. No.:

**FINAL DECREE**

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>November 26, 2018</u>           <u>Kathryn C. Ferguson</u>
                                          Judge, United States Bankruptcy Court